IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. CARL PARSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 16-cv-423-JED-TLW |
| | ) |
| 1. DON FARLEY, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION FOR ORDER TO FILE UNDER SEAL**

Defendant, Don Farley, hereby respectfully requests authorization to file his responsive pleading under seal. In support of this Motion, Defendant states the following:

1. Defendant anticipates referencing and attaching to his responsive pleading a document that was filed under seal in the underlying state action.

2. The state court in this case filed an Order (attached as Exhibit A) that ordered certain documents be filed under seal.

3. As previously stated, Defendant would like to reference these sealed documents in his responsive instruments.

4. At the time of filing this Motion, counsel for Defendant has not heard from counsel for Plaintiff as to whether or not they object to this motion. (It should, however, be noted that Plaintiff was the party who originally requested the document be filed under seal in state court.)

5. A proposed Order granting this Motion is being submitted contemporaneously herewith.

WHEREFORE, premises considered, Defendant prays this Court grant his Motion and enter an Order allowing the responsive instruments and exhibits be filed under seal.

        Respectfully submitted,

        **RICHARDSON RICHARDSON BOUDREAUX**


        */s/ Mbilike Mwafulirwa*
        Gary L. Richardson, OBA # 7547
        Mbilike Mwafulirwa, OBA # 31164
        7447 South Lewis Avenue
        Tulsa, Oklahoma 74136
        (918) 492-7674 *Telephone*
        (918) 493-1925 *Fax*

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 25, 2016, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Will K. Wright, Esq.
Wright Law PLC
PO Box 982
Claremore, OK 74018

William Higgins, Esq.
Higgins Law, PC
PO Box 1267
Claremore, OK 74018


        */s/ Mbilike Mwafulirwa*